AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Carly Krzywicki

  *Defendant*

)
)   Case: 1:21-mj-00594
)   Assigned to: Judge Meriweather, Robin M.
)   Assign Date: 9/9/2021
)   Description: COMPLAINT W/ ARREST WARRANT
)

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Carly Krzywicki
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)-Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)-Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)-Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/09/2021                                  *Issuing officer's signature*

City and state: Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
                                                                *Printed name and title*

### Return

This warrant was received on *(date)* 9/9/2021 , and the person was arrested on *(date)* 9/14/2021
at *(city and state)* Cranbury, CT

Date: 9/14/2021                                  *Arresting officer's signature*

                                                     Daniel Monson, Special Agent
                                                          *Printed name and title*